**WILTON INDUSTRIES, INC.,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2007–1517.

United States Court of Appeals,
Federal Circuit.

June 12, 2008.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Keith BRUNDIGE, Plaintiff–Appellant,**

v.

**The PRINCE WILLIAM COUNTY POLICE DEPARTMENT,**
**Defendant–Appellee.**

No. 2008–1286.

United States Court of Appeals,
Federal Circuit.

June 17, 2008.

### *ORDER*

Pursuant to this court's order filed April 28, 2008, IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the Fourth Circuit.